# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0303
LT Case No. 16-2017-CF-006695-A

_____

HERCULES BOWERS,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Hercules Bowers, Arcadia, pro se.

No Appearance for Appellee.

August 6, 2026

PER CURIAM.

 AFFIRMED.

LAMBERT, EDWARDS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____